AO 245B-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:19MJ00027-001** |
| **DEVIN JAMAL RANDOLPH** | Defendant's Attorney: Christina Sinha, Assistant Federal Defender |

**THE DEFENDANT:**

- [✓] pleaded guilty to counts  1, 2, 5, and 7  of the Complaint.
- [ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 2.30(a)(1) | Obtain or exercise unlawful possession over the property of another with the purpose to deprive the owner of the property (climbing gear) | May 8-12, 2019 | One |
| 36 CFR § 2.30(a)(1) | Obtain or exercise unlawful possession over the property of another with the purpose to deprive the owner of the property (a bicycle) | May 14, 2019 | Two |
| 36 CFR § 2.30(a)(2) | Obtain property or services offered for sale or compensation without making payment or offering to pay (on May 16, 2019) | May 16, 2019 | Five |
| 36 CFR § 2.30(a)(2) | Obtain property or services offered for sale or compensation without making payment or offering to pay (on May 22, 2019) | May 22, 2019 | Seven |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___ .
- [✓] Counts  3, 4, and 6  are dismissed on the motion of the United States.
- [ ] Indictment is to be dismissed by District Court on motion of the United States.
- [ ] Appeal rights given.          [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**7/9/2019**
Date of Imposition of Judgment

/s/ Jeremy D. Peterson
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer

7/11/2019
Date

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Misdemeanor Probation

DEFENDANT: **DEVIN JAMAL RANDOLPH**
CASE NUMBER: **6:19MJ00027-001**

Page 2 of 3

# PROBATION

The defendant is hereby sentenced to probation for a term of: 12 months unsupervised probation to be completed 7/9/2020 .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall pay a fine of $210.00 and a special assessment of $40.00 for a total financial obligation of $250.00, which shall be paid at the rate of 25.00 per month commencing on August 9, 2019, and each month thereafter by the 9th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5. The defendant shall personally appear for a probation review hearing on June 9, 2020, at 10:00 a.m., before U.S. Magistrate Judge Peterson. Shortly before this hearing, if the defendant has successfully complied with the terms of probation, he may request that the probation review hearing be vacated and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.
6. The defendant shall complete 25 hours of community service. The defendant shall perform and complete the community service hours by May 9, 2020.
7. The defendant shall advise the court and the government officer within seven days of being charged, cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
8. The defendant shall complete a three-day, county-approved shoplifting course within the first ten months of probation. Additionally, he shall file sworn proof of attendance to the court and government officer, through counsel, if represented.

AO 245B-CAED (Rev. 02/2018) Sheet 6 - Schedule of Payments

DEFENDANT: **DEVIN JAMAL RANDOLPH**
CASE NUMBER: **6:19MJ00027-001**

Page 3 of 3

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [ ] Lump sum payment of $ ___ due immediately, balance due

    [ ] Not later than ___, or

    [ ] in accordance [ ] C, [ ] D, [ ] E, or [ ] F below; or

B. [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

C. [✓] Payment in equal $25.00 per month payments ___ over a period of 10 months to commence on or before 8/9/2019 *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [✓] Special instructions regarding the payment of criminal monetary penalties:

    [✓] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
    [✓] CLERK U.S.D.C.
        2500 Tulare Street, Rm 1501
        Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.