HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DEVIN JAMAL RANDOLPH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Devin Jamal Randolph,<br><br>Defendant. | Case No.  6:19-mj-000027-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   August 11, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Devin Jamal Randolph, hereby stipulate and jointly move this Court to continue Mr. Randolph's hearing scheduled for August 11, 2020 until September 2, 2020.

On July 7, 2020, Mr. Randolph appeared in the U.S. District Court in Yosemite Valley on a summons for an alleged probation violation.  On that date, defense counsel requested additional time for Mr. Randolph to complete an online theft course, the outstanding requirement of his probation.  Mr. Randolph has been experiencing homelessness and poor health for much of 2020.  Mr. Randolph has made efforts to complete the course, however, because of widespread closures due to COVID-19, he has been impeded by a lack of available public facilities where he may complete the course.  Defense counsel respectfully requests that Mr. Randolph's hearing be continued until September 2, 2020, in the hope that he will be in full compliance by that date.  The

1  government does not object.

2  //

3  //

4  //

5

6  　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

7  　　　　　　　　　　　　　　　　　　　　McGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney
8

9  Dated:  August 10, 2020　　　　　　　　*/s/ Sean Anderson*
　　　　　　　　　　　　　　　　　　　　Sean Anderson
10　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　National Park Service
11　　　　　　　　　　　　　　　　　　　Yosemite National Park

12

13  Dated:  August 10, 2020　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender
14

15　　　　　　　　　　　　　　　　　　　*/s/  Benjamin A. Gerson*
　　　　　　　　　　　　　　　　　　　　BENJAMIN A. GERSON
16　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
17　　　　　　　　　　　　　　　　　　　Devin Jamal Randolph

18

19  **O R D E R**

20  　　　The above stipulation to continue the review hearing in case 6:19-mj-00027 JDP until

21  September 2, 2020 is hereby accepted and adopted as the order of this court.

22

23  IT IS SO ORDERED.

24

25  Dated:   August 11, 2020　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
26

27

28