1
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
3
Designated Counsel for Service
2300 Tulare Street, Suite 330
4
Fresno, CA  93721-2226
Telephone: (559) 487-5561
5
Fax: (559) 487-5950

6
Attorneys for Defendant
DEVIN JAMAL RANDOLPH
7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,

Case No.  6:19-mj-00027-HBK

12
Plaintiff,

**JOINT MOTION FOR DEFENDANT TO
APPEAR BY VIDEO TELECONFERENCE:
ORDER**

13
vs.

14
DEVIN JAMAL RANDOLPH,

Date:   May 5, 2021
Time:   10:00 a.m.

15
Defendant.

Judge:  U.S. Magistrate Helena Barch-Kuchta

16

17
    The parties, through their respective counsel, Sean Andersen, Yosemite National Park

18
Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender,

19
counsel for the defendant, Devin Jamal Randolph, hereby stipulate and jointly move this Court to

20
permit the defendant to waive his right to be personally present at the initial appearance on

21
affidavit of probation violation hearing on May 5, 2021, at 10:00 a.m., and instead appear by zoom

22
from the Salt Lake County Metro Jail, in Salt Lake City, Utah.

23
    Mr. Randolph is currently in pretrial detention in Salt Lake City, Utah.  The Government

24
is aware of Mr. Randolph's detention and does not object to his appearance by video.  Mr.

25
Randolph requests the Court accept waiver of his right to be personally present at the

26
proceedings on May 5, 2021.

27

28

1                                         Respectfully submitted,

2                                         PHILLIP A. TALBERT
Acting United States Attorney

3

4    Dated:  March 17, 2021               */s/ Sean Andersen*
SEAN ANDERSEN

5                                           Legal Officer
National Park Service

6                                           Yosemite National Park

7

8    Dated:  March 17, 2021               HEATHER E. WILLIAMS
Federal Defender

9

10                                  */s/  Benjamin A. Gerson*
BENJAMIN A. GERSON

11                                 Assistant Federal Defender
Attorney for Defendant

12                                  DEVIN JAMAL RANDOLPH

13

14                                    **O R D E R**

15         The court GRANTS the parties' Joint Motion for Defendant to Appear By Video

16  Teleconference (Doc. No. 29) in Case No. 6:19-mj-00027on May 5, 2021 at 10:00 A.M. for an

17  **Admit/Deny Hearing on the Affidavit of Alleged Probation Violations** filed June 16, 2020

18  (Doc. No. 9) for which an initial appearance was held on September 2, 2020 (Doc. No. 14).  It is

19  further ORDERED:

20      1.  No later than fourteen (14) days before the May 5, 2021 hearing, counsel shall advise the

21          court whether defendant's place of current incarceration requires the issuance of a writ of

22          habeas corpus for defendant to appear by video teleconference.

23      2.  Sentencing recommendations from either party, to the extent applicable, shall be

24          submitted in writing no later than Friday, April 30, 2021.

25

26

27

28

1

2   IT IS SO ORDERED.

3

4   Dated:    March 29, 2021

HELENA M. BARCH-KUCHTA
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28